924

No. 77–374. SLOAN v. BONIME ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–378. BANK OF NEW JERSEY v. NORTHWESTERN NATIONAL INSURANCE Co. C. A. 3d Cir. Certiorari denied.

No. 77–379. FURR v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 77–384. TATERKA v. WISCONSIN TELEPHONE Co. C. A. 7th Cir. Certiorari denied.

No. 77–387. WILLIAMS ET AL. v. CITY OF CHICAGO ET AL. Sup. Ct. Ill. Certiorari denied.

No. 77–389. PERSON v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–403. AMALGAMATED DEVELOPMENT Co., INC., ET AL. v. COMMITTEE ON UNAUTHORIZED PRACTICE, DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied.

No. 77–409. GOODWIN v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 77–411. BENNETT ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–415. SALYERS v. BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES OF ILLINOIS ET AL. Cir. Ct., Coles County, Ill. Certiorari denied.

No. 77–437. MARTINEZ ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.